UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS BEYERSDORF,

    Plaintiff,                                    Case No. 22-cv-12656

v.                                              Hon. Denise Page Hood

UNITED AIRLINES, INC.,            Mag. Judge Anthony P. Patti

    Defendant.

_____/

## **JUDGMENT**

THIS MATTER HAVING come before the Court on Plaintiff Thomas Beyersdorf's timely acceptance in writing of Defendant United Airlines, Inc.'s ("United") Offer of Judgment dated October 31, 2023 (*see* ECF No. 15);

NOW, THEREFORE,

JUDGMENT is hereby entered in favor of Plaintiff and against United in the amount of Twenty Thousand Dollars ($20,000.00), inclusive of all costs and attorney fees accrued to date plus any applicable prejudgment interest.

THIS JUDGMENT resolves the last pending claim and closes this case.

Dated:  November 28, 2023                  s/Denise Page Hood
                                                    United States District Judge